In the United States District Court
for the Northern District of Illinois

**United States of America,**        **Case number** 14 CR 422
**Plaintiff,**

       **Judge** John Z. Lee

v.
Dexter Wells
**Defendant.**

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Dexter Wells     **Under seal?** ☐ Yes ☒ No

**Defendant number** Dexter Wells     **Representation type** SR

**Type of person represented** Select one     **Court order** Appointing Counsel

**Payment category** Other     **Name of Prior Attorney**

**Name of appointed attorney** Quinn A. Michaelis

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____      5/31/19
**Signature of Presiding Judge or by Order of the Court**      **Date**

**Nunc Pro Tunc Date:** 4/24/2019     or ☐ None

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**    ☐ Yes ☐ No
**Prior authorization approved?**    ☐ Yes ☐ No ☐ Not applicable

_____      _____
**Signature of Presiding Judge or by Order of the Court**      **Date**

**Nunc Pro Tunc Date:**     or ☐ None

Rev. 2212019